1  LINDA M. PARISI
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 TLN
12 |                 Plaintiff, | **AMENDED STIPULATION REGARDING  EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER**
13 | v. |
14 | ALFRED TRIBBEY, et al., |
15 |                 Defendants. |

16

17       Defendant Alfred Tribbey, by and through his counsel of record, Linda M. Parisi, Attorney at

18 Law and  Defendant Ruben Barksdale by and through his counsel of record, Mr. Douglas Beevers

19 Assistant Federal Defender, and plaintiff, by and through its counsel, Mr. Jason Hitt, Assistant

20 United States Attorney,   hereby stipulate as follows:

21       1.      By previous order, this matter was set for status conference on June 20, 2013.

22       2.      By this stipulation, defendant Tribbey and all aforementioned parties,  now move to

23 continue the status conference until August 29, 2013 at 9:30 a.m. and to exclude time between June

24 20, 2013 and August 29, 2013 under Local Code T4.  The United States Attorney does not oppose

25 this request.

26       3.      The parties agree and stipulate, and request that the Court find the following:

27            a.      The United States has represented that the discovery associated with this case

28 includes investigative reports and related documents.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

      b.     Counsel for Tribbey needs additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

      c.     Counsel for defendant Tribbey believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.     The United States does not object to the continuance.

      e.     All counsel, including counsel for Mr. Barksdale, agree to the continuance.

      f.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 20, 2013 to August 29, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 19, 2013                    BENJAMIN B. WAGNER
                                                   United States Attorney

                                  By:    /s/_____
                                           JASON HITT
                                           Assistant U.S. Attorney
                                           For the United States

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

| | | |
|---|---|---|
| Dated: June 19, 2013 | | LAW OFFICES OF WING & PARISI |
| | By: | /s/_____ |
| | | LINDA PARISI, Esq. |
| | | For the Defendant Alfred Tribbey |
| Dated: June 19, 2013 | | LAW OFFICES OF Douglas Beevers |
| | By: | /s/_____ |
| | | DOUGLAS BEEVERS |
| | | For the Defendant |
| | | RUBEN CHANDLER BARKSDALE |

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of June, 2013.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3