LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY and RUBEN BARKSDALE,<br><br>                            Defendants. | CASE NO.  2:12-cr-445 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, Defendant Ruben Barksdale by and through his counsel of record, Douglas Beevers, and plaintiff, by and through its counsel, Jason Hitt  hereby stipulate as follows:

1.    By previous order, this matter was set for status on October 17, 2013.

2.    By this stipulation, the defendants now moves to continue the status conference until December 5, 2013, at 9:30 a.m. and to exclude time between October 17, 2013 and December 5, 2013 under Local Code T4.  The United States does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The United States has represented that the discovery  associated with this case includes investigative reports and related documents.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

     b.    Counsel for Mr. Tribbey and Mr. Barksdale need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

     c.    Counsel for defendants Mr. Tribbey and Mr. Barksdale believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.    The United States Attorney agrees to the continuance.

     e.    All counsel agrees to the continuance.

     f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of October 17, 2013 to December 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2013          BENJAMIN B. WAGNER
                                            United States Attorney

                                By:    /s/ Linda M. Parisi by e-mail authorization
                                         _____
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         For the United States

Dated:  October 11, 2013          LAW OFFICES OF WING & PARISI

                                By:    /s/ Linda M. Parisi
                                         _____
                                         LINDA PARISI, Esq.
                                         For the Defendant Alfred Tribbey

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Dated: October 11, 2013                LAW OFFICES OF Douglas Beevers

                                        By:  /s/ Linda M. Parisi by e-mail authorization
                                        _____
                                        DOUGLAS BEEVERS
                                        For the Defendant
                                        RUBEN CHANDLER BARKSDALE

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on October 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for October 17, 2013, be vacated and that a status conference be set for Thursday, December 5, 2013, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 11, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 17, 2013, through and including December 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 17, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time
3