1  LINDA M. PARISI
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:  (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorney for Alfred Tribbey

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-445 TLN

12                        Plaintiff,   **STIPULATION REGARDING**
                                       **EXCLUDABLE TIME PERIODS**
13 v.                                  **UNDER SPEEDY TRIAL ACT;**
                                       **FINDINGS AND ORDER**
14 Alfred Tribbey and Ruben Barksdale,

15                        Defendant.

16

17         Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, Defendant

18 Ruben Barksdale by and through his counsel of record, Douglas Beevers, and plaintiff, by and

19 through its counsel, Jason Hitt  hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on December 5, 2013.

21         2.      By this stipulation, the defendants now moves to continue the status conference until

22 February 13, 2014, at 9:30 a.m. and to exclude time between December 5, 2013 and February 14,

23 2014 under Local Code T4.  The United States does not oppose this request.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a.      The United States has represented that the discovery  associated with this case

26 includes investigative reports and related documents.

27

28

b.      Counsel for Mr. Tribbey and Mr. Barksdale need additional time to consult, to review discovery,  conduct investigation and to discuss potential resolutions.

c.      Counsel for defendants  Mr. Tribbey and Mr. Barksdale believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The United  States Attorney agrees to the continuance.

e.      All counsel agrees to the continuance.

f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of    December 5, 2013, to February 13, 2014,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions  of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    /s/ Linda M. Parisi by e-mail authorization
                                            _____
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            For the United States

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Dated:  December 3, 2013                 LAW OFFICES OF WING & PARISI

                                    By:     /s/ Linda M. Parisi
                                         _____
                                         LINDA PARISI,
                                         Attorney for the Defendant Alfred Tribbey


Dated:  December 3, 2013                 LAW OFFICES OF Douglas Beevers

                                    By:     /s/ Linda M. Parisi by e-mail authorization
                                         _____
                                         DOUGLAS BEEVERS
                                         For the Defendant
                                         RUBEN CHANDLER BARKSDALE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1  LINDA M. PARISI
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-445 TLN

12                 Plaintiff,            **ORDER**

13  v.

14  Alfred Tribbey and Ruben Barksdale,

15                 Defendant.

16

17

18        Based on the reasons set forth in the stipulation of the parties filed on December 3, 2013, and

19  good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

20  HEREBY ORDERED that the status conference currently set for December 5, 2013, be vacated and

21  that a status conference be set for Thursday, February 13, 2014, at 9:30 a.m. The Court finds that the

22  ends of justice to be served by granting a continuance outweigh the best interests of the public and

23  the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated

24  in the parties' December 3, 2013 stipulation, the time within which the trial of this matter must be

25

26        ///

27        ///

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1   commenced under the Speedy Trial Act is excluded during the time period of December 5, 2013,

2   through and including February 13, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and

3   Local Code 25.

4

5   Dated: December 4, 2013

6

7

8

9   _____
    Troy L. Nunley
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time